PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MILES BLACK, *et al.*, | ) | CASE NO. 4:18CV844 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| CITY OF GIRARD, OHIO, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

      On July 12, 2018, Plaintiffs filed a Notice of Dismissal Without Prejudice, informing the Court that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs have voluntarily dismissed all claims without prejudice against Defendant, City of Girard. ECF No. 12 at PageID#: 86.

      The Case Management Conference set on July 16, 2018 is cancelled.

      IT IS SO ORDERED.

| | |
|---|---|
| July 12, 2018 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |